# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DREYMOOR FERTILIZERS OVERSEAS
PTE. LTD. a Singapore entity,

    *Plaintiff,*

vs.

ANNA MIKHAILOVA n/k/a a/k/a ANNA
ADAMS,

    *Defendants.*

Case No. 20-CV-1115-EFM-GEB

## MEMORANDUM AND ORDER

Plaintiff Dreymoor Fertilizers Overseas Pte. Ltd ("Dreymoor") filed this Complaint against Defendant Anna Mikhailova asserting seven claims and a request for punitive damages. The claims arise from a transaction, involving approximately 27,000 metric tons of liquid fertilizer, that resulted in an arbitration between Dreymoor and Mikhailova's companies. Dreymoor contends that Mikhailova, the sole owner of AVAgro LLC, which is the sole owner of UAB AVAgro, committed numerous offenses, including fraud, tortious interference with business relations, and breach of a contract guaranty. Mikhailova has filed a Motion to Dismiss (Doc. 8) and requests dismissal of all claims for failure to state a claim. For the reasons stated in more detail below, the Court grants in part and denies in part the motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 8) is **DENIED IN PART** and **GRANTED IN PART**.  Counts III and V are dismissed.  Count II is dismissed in part.  Counts I, II (in part), IV, VI, and VII remain.  Count VIII remains as a request for punitive damages incidental to Dreymoor's remaining tort claims.

**IT IS SO ORDERED**.

Dated this 14th day of April, 2021.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE